

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE PATINO,<br><br>    Defendant. | Case No.  CR 11-50-RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 30, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter. Defendant was represented by William Harris, a member of the Indigent Defense Panel..

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include arrest and conviction for infliction of corporal injury on spouse or cohabitant,
>
> ☒ no lawful status in the United States
>
> ☒ Defendant is currently in state custody on the above-referenced conviction.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the violation petition include arrest and conviction for infliction of corporal injury on spouse or cohabitant,

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: December 1, 2017

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE